IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-01742-KLM

UNITED STATES OF AMERICA  ex rel.
BRYAN SWANTON,

    Plaintiff-Relator,

v.

ZHONG "HENRY" ZOU, individually, and
in his official capacity as owner of INSTEC,

INSTEC, INC.,

ZOE SCIENCE & TECHNOLOGY CO.,
LTD. d/b/a INSTEC,

SHANGHAI HENGSHANG PRECISION
INSTRUMENT, CO., d/b/a INSTEC,

BRUKER CORPORATION,

    Defendants.

---

### THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

---

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this *qui tam* action, and to decline to intervene in part of this *qui tam* action.

The United States intervenes in that part of the action which alleges that Defendants Zhong "Henry" Zou and Instec, Inc. violated the False Claims Act ("FCA"),

31 U.S.C. §§ 3729, *et seq.*, by failing to comply with the requirements of the Buy American Act ("BAA"), 41 U.S.C. §§ 8301, *et seq.*, when selling Instec products to federal agencies and national laboratories.

The United States declines to intervene with respect to allegations that Defendants Zou and Instec violated the FCA by failing to comply with the Trade Agreements Act, 19 U.S.C. §§ 2501 *et seq*.  The United States also declines to intervene with respect to allegations that Defendants Zou and Instec submitted reverse false claims in violation of the FCA because they did not pay sufficient import taxes on its products that were shipped into the United States.  The United States also declines to intervene with respect to all allegations against Defendant Zoe Science & Technology Co., Ltd. d/b/a Instec, Defendant Shanghai Hengshang Precision Instrument, Co., d/b/a Instec, and Defendant Bruker Corporation.

The United States, Relator Bryan Swanton ("Relator"), and Defendants Zou and Instec have entered into and fully executed a Settlement Agreement.  Under the terms of the Settlement Agreement, and in exchange for a monetary payment by Defendants Zou and Instec, Relator has agreed to dismiss all claims in this action with prejudice, with the exception of certain claims against Defendants that are expressly reserved in the Settlement Agreement.  The United States has agreed to dismiss with prejudice the Covered Conduct released in the Settlement Agreement.  The dismissal of all other claims in the action shall be without prejudice to the United States.  The United States and Relator have concurrently filed a Joint Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

The United States has concurrently filed a separate unopposed motion seeking to lift the restricted case status on this action but moving the Court to maintain a Level 2 restriction for certain filings.

Respectfully submitted August 12, 2022.

        COLE FINEGAN
        United States Attorney

        s/ *Jacob Licht*
        Jacob Licht
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        E-mail: jacob-licht-steenfat@usdoj.gov

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        JAMIE ANN YAVELBERG
        DAVID B. WISEMAN
        JASON M. CRAWFORD
        Attorneys, Commercial Litigation Branch
        P.O. Box 261, Ben Franklin Station
        Washington, DC 20044
        (202) 307-3571

        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing using the CM/ECF system, which will cause a copy of the foregoing to be e-mailed to the following:

Ken Harmon
Springer & Steinberg, P.C.
*kharmon@springersteinberg.com*
Counsel for Relator

David Colapinto
Kohn, Kohn & Colapinto, LLP
*dc@kkc.com*
Counsel for Relator

I also hereby certify that on August 12, 2022, I cause the foregoing to mailed to the following via U.S. Mail:

None

*s/ Jacob Licht*
U.S. Attorney's Office