IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01742-KLM

UNITED STATES OF AMERICA ex rel. BRYAN SWANTON,

    Plaintiff-Relator,

v.

ZHONG "HENRY" ZOU, individually, and in his official capacity as owner of Instec, Inc.,
INSTEC, INC.,
ZOE SCIENCE & TECHNOLOGY CO., LTD, doing business as Instec, Inc.,
SHANGHAI HENGSHANG PRECISION INSTRUMENT, CO., doing business as Instec, Inc., and
BRUKER CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Government's **Unopposed Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Filings** [#21] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. The Clerk of Court shall **unrestrict** this case (20-cv-01742-KLM) and all filings **EXCEPT** that the Clerk **shall retain Level 2 restrictions** on Docket Nos. 7, 13, 15, and 18.

    Dated:  September 2, 2022