IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01742-KLM

UNITED STATES OF AMERICA ex rel. BRYAN SWANTON,

    Plaintiff-Relator,

v.

ZHONG "HENRY" ZOU, individually, and in his official capacity as owner of Instec, Inc.,
INSTEC, INC.,
ZOE SCIENCE & TECHNOLOGY CO., LTD, doing business as Instec, Inc.,
SHANGHAI HENGSHANG PRECISION INSTRUMENT, CO., doing business as Instec, Inc., and
BRUKER CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff-Relator's **Unopposed Motion for 14-Day Extension of Time to Respond to Defendants' Motion to Dismiss** [#31] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**.  The deadline for Plaintiff-Relator to respond to the Motion to Dismiss [#30] is extended to **January 31, 2023**.

    Dated:  January 17, 2023