**Exhibit 5**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01742-NYW

UNITED STATES OF AMERICA, ex rel.,
BRYAN SWANTON,

      Plaintiff-Relator,

v.

ZHONG "HENRY" ZOU, individually, and
in his official capacity as owner of INSTEC,

INSTEC, INC.,

      Defendants.


## <u>Declaration of Clayton E. Wire</u>

I, Clayton E. Wire, under penalty of perjury, do hereby depose and say:

1.      My name is Clayton E. Wire, and I am a member in good standing of the bars of Colorado and California, and have been a licensed attorney since 2009. I am also admitted to practice before the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado.

2.      I graduated from Colorado State University and received my law degree from the University of Denver, Sturm College of Law, where I was admitted to the Order of St. Ives, received various merit scholarships, and was the Editor in Chief of the Denver Journal of International Law and Policy.

3.      Following my graduation from law school I was a term clerk for the Honorable Nancy Lichtenstein of the Colorado Court of Appeals.

4.      Since entering private practice in 2010 I have represented whistleblowers in complex retaliation matters in the administrative level, before various offices of inspector general, in federal and state trial courts, and in the Tenth Circuit Court of Appeals. I have represented *qui tam* relators in False Claims Act cases since 2014.

5.      I have worked with and co-counseled with other counsel throughout the country in *qui tam* cases under the Federal False Claims Act.

6.      Through my experiences I have gained an understanding of the resources expended by complainants and relators in whistleblower claims, including *qui tam* claims.

7.      I have written and spoken extensively on whistleblower matters. For example, I wrote an article titled "*Whistleblowing in the Time of COVID-19: How the Pandemic and the Policy Responses to It May Result in Whistleblower Claims*" that was published in the Colorado Trial Lawyers' magazine, Trial Talk, in the June/July 2020 issue. I presented to the Association of Corporate Counsel in March 2022 regarding in-house counsel as whistleblowers in a presentation titled "*Ethical Obligations of In-House Counsel.*" I presented at the 2020 National Employment Lawyers Association (NELA) convention in July 2020 on "*Whistleblower Claims 101.*" I presented at the Colorado Plaintiffs Employment Lawyers Association (PELA) retreat in October 2022 in a presentation titled "*The Colorado False Claims Act: New and Expanded for 2022 and Beyond.*" I presented at the Colorado Bar Association's Labor and Employment Section conference in September 2020 in a presentation titled "*Whistleblowing in the Time of COVID.*" I have presented at various events for The Anti-Fraud Coalition f/k/a Taxpayers Against Fraud (TAF) on whistleblower and relator issues, including presentations at that

organizations 2021 conference and in stand alone presentations in May 2020 and August 2022.

8.      I currently serve on NELA's Ethics and Sanctions Committee, TAF's Public Education Committee, and am the chair of CTLA's employment law committee. Previously, I have served as the co-chair of the CBA's Labor and Employment Section and as president of and a board member of PELA.

9.      I have authored and contributed to *amicus* briefs at both the state and federal appellate levels, including a recent *amicus* brief on behalf of TAF and NELA to the U.S. Supreme Court in the *Murray v. UBS* addressing the scope of protections available for whistleblowers under the Sarbanes-Oxley Act.

10.     Through my participation in almost all of the relevant organizations for whistleblower lawyers on a national and state level, I am particularly familiar with the bar that represents whistleblowers and relators in Colorado.

11.     I have been involved in the drafting of and testimony in support of recent whistleblower statutes in Colorado, including the Public Health Emergency Whistleblower Act passed in 2020 and the Colorado False Claims Act passed in 2022.

12.     I concentrate my current practice on litigating whistleblower cases in the retaliation space, in False Claims Act *qui tam* cases under state and federal law, and in other whistleblower bounty claims.

13.     I interview numerous potential clients and would-be whistleblowers regarding representation in False Claims Act *qui tam* cases, the majority of whom reside in Colorado. These potential clients have extreme difficulty finding qualified counsel in Colorado to take their cases and are often forced to seek representation from

whistleblower attorneys outside of the state, primarily located on the West and East Coasts, including the District of Columbia.

14.     False Claims Act *qui tam* cases are unlike any other type of case. The specialized knowledge required for an attorney to successfully bring a *qui tam* claim is incredibly complex. Because *qui tam* cases are brought on behalf of the government, relators' counsel must be sufficiently experienced to properly represent the interests of the nation as a whole. Moreover, whistleblower lawyers are often confronted with clients that are not able to pay on an hourly basis, and thus such lawyers must take on additional risk in order to bring successful whistleblower cases.

15.     I routinely charge an hourly rate of $650 in False Claims Act *qui tam* cases.

16.     In my experience, it is absolutely vital that whistleblower lawyers who take on *qui tam* cases be paid their full market rate under the False Claims Act's fee shifting provisions. This encourages attorneys to take on risky *qui tam* cases, which ultimately benefits the U.S. Government, taxpayers, and the nation as a whole, by combatting and exposing fraud on the public fisc.

17.     Through my practice I have reviewed caselaw from the U.S. District Court for the District of Colorado regarding reasonable fees and am aware of the general market for hourly fees in the state of Colorado.

18.     I have reviewed the Declarations of Kenneth Harmon and David Colapinto in this matter.

19.     I am familiar with Mr. Colapinto and his law firm Kohn, Kohn and Colapinto, LLP ("KKC") through my participation in employment and whistleblower bar

associations such as NELA and TAF. I am aware that KKC is one of the premier whistleblower law firms in the nation. Mr. Colapinto and his team are widely respected for their advocacy and thought leadership in whistleblower and *qui tam* cases. It would not be unreasonable for a whistleblower in Colorado to seek representation by Mr. Colapinto regarding a *qui tam* action, given his decades of specialized experience in the area.

20.      I am familiar with Mr. Harmon as a fellow Colorado lawyer. Mr. Harmon's decades of prior experience as a federal appellate clerk and Assistant U.S. Attorney give him precisely the background necessary to successfully represent a *qui tam* relator. In particular, Mr. Harmon's experience as an AUSA is extremely valuable to any whistleblower, as it gives him an insider's perspective on the government's investigation and prosecution decision making. Moreover, because of Mr. Harmon's background as an AUSA he has more experience than many other lawyers in representing the government's interests, which is precisely what a False Claims Act *qui tam* case is all about. It would not be unreasonable for a whistleblower in Colorado to seek representation by Mr. Harmon.

21.      In my experience and knowledge of the Colorado legal market, as well as the national legal market for whistleblower lawyers, I believe that Mr. Harmon and Mr. Colapinto's requested rate of $650 per hour is reasonable, given the complexity of *qui tam* cases, the risk associated with *qui tam* cases, the public interest aspect of *qui tam* cases, their reputations and relevant experience, and their decades of experience. I also believe that the hourly rates sought for Best and Conti are reasonable, given the same factors.

22.    Neither my firm nor I have been compensated for this declaration, and neither my firm nor I are seeking fees in this litigation.

**I swear and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

_____

Clayton E. Wire

STATE OF Colorado          )
                           ) ss
COUNTY OF Denver           )

SUSCRIBED AND SWORN TO BEFORE ME this 31st day of August, 2023.

Witness my hand and official seal.

_____

Emma Lenhart
Notary Public, Colorado
My commission expires: February 9, 2025.

EMMA LENHART
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214005154
MY COMMISSION EXPIRES FEBRUARY 9, 2025

# Clayton E. Wire

**10104 E. 59th Ave., Denver, CO 80238**
**(720) 413-0398 (cell) • (303) 592-5900 (office) • clayton.wire@omtrial.com**

**• A Client Focused Advocate & Trial Lawyer •**

## Experience

**Ogborn Mihm LLP,** Denver, Colo.

| | |
|---|---|
| Equity Partner | Jan. 2019- Present |
| Partner | Jan. 2015- Dec. 2018 |
| Associate | Nov. 2012- Dec. 2014 |

- Responsible for firm's civil rights, whistleblower and employment law practices
- Lead litigation counsel on several employment discrimination and retaliation lawsuits resulting in favorable settlements, involving both monetary and non-monetary concessions
- Representation of individuals and corporations in complex and document intensive legal malpractice lawsuits involving multiple experts, thousands of documents, and novel legal issues
- Representation of relators, whistleblowers & plaintiffs in False Claims Act, Sarbanes-Oxley, and Dodd-Frank Act claims, including appeals of adverse outcomes, as well as jury and court trials
- First and Second Chair attorney in jury trials and trials to the court in legal malpractice, employment, and whistleblower cases
- Argued successful appeals before state and federal appellate courts involving employment, civil rights, minority entitlement to damages, and insurance matters

**Starrs Mihm LLP,** Denver, Colo.

Associate      June 2010- Nov. 2012
- Representation of parties in employment, civil rights, legal malpractice and complex litigation
- Extensive hands-on involvement in all aspects of litigation

**The Honorable Nancy Lichtenstein, *Colorado Court of Appeals*,** Denver, Colo.

Term Appellate Judicial Clerk      Aug. 2009- May 2010
- Extensive research and drafting experience relating to all phases of appellate opinion formulation

**Bendinelli Law Office, P.C.,** Thornton, Colo.

Law Clerk      Oct. 2008- July 2009

**Tenth Circuit Appellate Practicum,** Denver, Colo.

Student Attorney, University of Denver      Aug. 2008- Nov. 2008

**Denver Journal of International Law and Policy, *University of Denver*,** Denver, Colo.

Editor in Chief      Aug. 2008- June 2009
- Managed staff of 63 law students through completion of all set publication and editing deadlines

Marketing Editor      Aug. 2007- June 2008
- Designed and maintained journal Website

**Office of the Colorado State Public Defender,** Denver, Colo.

| | |
|---|---|
| State Appellate Office - Summer Intern | May 2008- Aug. 2008 |
| Denver Trial Office - Intern | Feb. 2008- May 2008 |

**University of Denver Student Law Office, *Civil Litigation Clinic*,** Denver, Colo.

Student Attorney      Jan. 2008- May 2008
- Represented indigent clients as wage claim and protection order plaintiffs

## Bar Admissions

**• Colorado** – 2009     **• California** – 2019     **• U.S. District of Colorado**     **• Tenth Circuit**

## Education

**University of Denver Sturm College of Law,** Denver, Colo.
Juris Doctorate, May 2009
- *Order of St. Ives*
- <u>Directed Research</u>: Member of Colorado Plain Language Jury Instructions Sub-Committee
- <u>Scholastic Excellence Award</u>: Highest Grade in Sports Law, Fall 2008
- <u>Moot Court</u>:
  - ***Member***: Fall 2008 DU National Appellate Team
  - ***First Place***: 2007-08 Ved P. Nanda International Appellate Advocacy Competition
  - ***Second Place Team***: 2007-08 Barrister's Cup Appellate Competition
- <u>Merit Scholarships</u>: 2008-09: Mary E. Ricketson Scholarship; Henry McAllister Memorial Scholarship; Faculty Scholarship; International Legal Study Scholarship
- <u>Study Abroad</u>: Penn State; Capitals of Europe study abroad program, Summer 2007

**Colorado State University,** Fort Collins, Colo.
Bachelor of Arts; Double Major in Technical Journalism and Political Science, December 2004
- Maintained Dean's List grades while working full-time to pay for school

## Organization Affiliations

- **Colorado Plaintiffs' Employment Lawyers Association,** *Board* 2019-2022; *President* 2017-2018; *Officer* 2014-2016
- **CBA Labor & Employment Section,** *Legislative Liaison* 2019-2022; *Co-Chair* 2017-2019
- **Denver Bar Association,** *Representative to CBA Board of Governors 2016-2018*
- **Colorado Trial Lawyers Association,** *Chair of Employment Law Committee 2018-Present*
- **National Employment Lawyers Association,** *Ethics & Sanctions Committee 2020-Present*
- **Taxpayers Against Fraud,** *Public Education Committee 2020-Present*
- **CBA Legislative Policy Committee,** *Member* 2022-Present
- **Loveland Ski Club,** *Board of Directors Member* 2022-Present

## Awards

- **PELA 2018 Case of the Year** – *Genberg v. Porter* - SOX retaliation case, which resulted in a favorable 10th Circuit opinion strengthening whistleblower protections
- **"People's Choice for Best Employment Lawyer – Plaintiffs" –** *Law Week Colorado 2018 Barristers Best*: Law Week Colorado said: "Wire has emerged as a leading expert in a rather specialized area of employment issues – corporate whistleblowing. His success at the 10th Circuit this year representing a pharma company's ousted exec in *Genberg v. Porter* cemented his reputation. If you see something, say something. And if it doesn't go well, call Clay Wire."
- **"Barrister's Choice for Employment Lawyer for Plaintiffs" -** *Law Week Colorado 2022 Barristers Best*: Law Week Colorado said: "As a trial lawyer working with whistleblowers to expose illegal conduct, Clay Wire works tirelessly to ensure his clients get the rewards they deserve and are protected from retaliation. Has been recognized by his peers through awards like the 2018 Plaintiffs Employment Lawyers Association Case of the Year and has also previously appeared in this category in Barrister's Best in 2018."
- **Colorado Super Lawyers:**
  - **Super Lawyer – 2022-2023**
  - **Rising Star – 2014-2021**
- **Best Lawyers in America:**
  - **2023 "Lawyer of the Year" in Employment Law - Individuals in Denver**
  - **Individuals/Litigation – Labor & Employment – 2021-2023**
  - **Qui Tam – 2022-2023**

- **5280 Top Lawyer, Labor/Employment: Plaintiff – 2021-2022**
- **COBALT (Colorado Bar Association Leadership Training) – Class of 2015**
- **CTLA 2016 Case of the Year, *Finalist –*** In *Davies v. City of Lakewood* we successfully represented the estate of a Police Officer who was shot and killed by a fellow officer
- **CTLA 2022 Case of the Year, *Finalist –*** In *Rudnicki v. Bianco* we convinced the Colorado Supreme Court to overturn common law rules that made a child the property of their parents

## Interests

- Snowboarding; Golf; International Travel; and Growing as a Father and Leader